122 So.2d 923

**Posey HORTON**

v.

**STATE.**

**8 Div. 40.**

Supreme Court of Alabama.

Sept. 8, 1960.

MacDonald Gallion, Atty. Gen., and David W. Clark, Asst. Atty. Gen., for petitioner.

Britnell & McEntire, Decatur, opposed.

SIMPSON, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Horton v. State, 122 So.2d 920.

Writ denied.

LIVINGSTON, GOODWYN and COLEMAN, JJ., concur.

123 So.2d 191

**Luther LACKEY**

v.

**STATE.**

**8 Div. 56.**

Supreme Court of Alabama.

Sept. 15, 1960.

H. G. Bailey and John W. Brown, Boaz, and Pilcher & Floyd, Gadsden, for petitioner.

MacDonald Gallion, Atty. Gen., and David W. Clark, Asst. Atty. Gen., opposed.

LAWSON, Justice.

Petition of Luther Lackey for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Lackey v. State, 123 So.2d 186.

Writ denied.

LIVINGSTON, C. J., and STAKELY and MERRILL, JJ., concur.